IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NAOMI K. TEVES-VALDEZ, Individually and as Personal Representative of the Estate of ERIKA J. TEVES-VALDEZ, Deceased, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CROMAN CORPORATION (CROMAN CORP.), *et al.*,<br><br>Defendants. | Civil No. 24-00018 MWJS-WRP<br>Civil No. 24-00032 MWJS-WRP<br>CONSOLIDATED |
| NAOMI K. TEVES-VALDEZ, Individually and as Personal Representative of the Estate of ERIKA J. TEVES-VALDEZ, Deceased, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SIKORSKY AIRCRAFT CORPORATION,<br><br>Defendant. | Civil No. 24-00076 MWJS-WRP<br>Civil No. 24-00080 MWJS-WRP<br>CONSOLIDATED<br><br>ORDER ADOPTING IN PART AND DEFERRING DECISION IN PART ON FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF NAOMI TEVES-VALDEZ AND PLAINTIFF MELISSA HESIA'S MOTIONS FOR APPROVAL OF MINOR'S COMPROMISE |

**ORDER ADOPTING IN PART AND DEFERRING DECISION IN PART ON
FINDINGS AND RECOMMENDATION TO GRANT
PLAINTIFF NAOMI TEVES-VALDEZ AND PLAINTIFF MELISSA HESIA'S
<u>MOTIONS FOR APPROVAL OF MINOR'S COMPROMISE</u>**

Findings and Recommendation having been filed and served on all parties on February 10, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Magistrate Judge's Findings and Recommendation is ADOPTED as the opinion and order of this Court insofar as it grants Plaintiff Melissa Hesia's Motions for Approval of Minor's Compromise.  The Court DEFERS ruling on the Findings and Recommendation to the extent that it addresses Plaintiff Naomi Teves-Valdez's Motions to Approve Minor Settlements.

IT IS SO ORDERED.

DATED:  February 25, 2025, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge

---

Civil No. 24-00018 MWJS-WRP, *Naomi K. Teves-Valdez*, et al. *v. Croman Corporation*, et al.; ORDER ADOPTING IN PART AND DEFERRING DECISION IN PART ON FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF NAOMI TEVES-VALDEZ AND PLAINTIFF MELISSA HESIA'S MOTIONS FOR APPROVAL OF MINOR'S COMPROMISE